UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:23-cv-00965-JAK (SK) | Date | June 9, 2023 |
|---|---|---|---|
| Title | Robert F. Baker, Jr. v. James S. Hill et al | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|
| Connie Lee | n/a |
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff is a state prisoner who paid $402 in civil filing fees and submitted a two-page letter to this Court that was liberally construed as a pro se civil rights complaint. (ECF 1). Even so, "a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id*. Plaintiff's letter does not meet this basic pleading standard and is therefore subject to summary dismissal. In addition, plaintiff appears to challenge (at least in substantial part) events occurring at the Richard J. Donovan Correctional Facility and the California State Prison in Corcoran—which are state prisons located, respectively, in San Diego County and Kings County. But the proper venue for prisoner suits arising in those counties is either the Southern District of California (San Diego County) or the Eastern District of California (Kings County). *See* 28 U.S.C. § 1391(b)(2). Neither prison is located within the Central District of California.

Plaintiff is therefore ORDERED TO SHOW CAUSE **by no later than July 9, 2023**, why this action should not be dismissed as frivolous and because it fails to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915A(b)(1). Plaintiff may satisfy this order by filing a Notice of Voluntary Dismissal using the attached Form CV-09, in which case the Court will—in the interest of justice—promptly refund the $402 in civil filing fees plaintiff paid. Otherwise, plaintiff must file a proper complaint using the Central District Civil Rights Complaint Form (CV-066), two blank copies of which are attached to this order. But if plaintiff fails to respond as ordered—including if he files a complaint that remains frivolous, fails to state a claim for relief, or sues defendants who are immune from relief—this action will be involuntarily dismissed for lack of prosecution and failure to obey court orders *with no refund of the paid filing fees*. *See* Fed. R. Civ. P. 41(b); L.R. 41-1.